UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIG Insurance Company, a California corporation,

Plaintiff,

vs.

Midwest Training Center, Inc., a Minnesota corporation, David Boggs, an individual,

Defendants.

Civil 01-2284 (RHK/RLE)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 12, 2001

RICHARD H. KYLE
United States District Judge

DEC 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

TIG Insurance Company

vs. 01-2284JMR/RLE

Midwest Training Center, Inc., et al

The above-entitled matter has been re-assigned to Judge James M. Rosenbaum pursuant to an Order of Recusal by Judge Richard H. Kyle. Please note the change of the Judge's initials and refer to them when submitting documents to the court for filing. The magistrate judge remains the same.