UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIG Insurance Company,
a California Corporation,

Plaintiff,

v.

Midwest Training Centre, Inc.,
a Minnesota Corporation, and
David C. Boggs, an individual,

Defendants.

Court File No. 01-2284 (JMR/RLE)

**ORDER**

---

Based upon the Stipulation of Remand filed herein,

IT IS HEREBY ORDERED that this action is hereby remanded to District Court, Second Judicial District, County of Ramsey, State of Minnesota. The Clerk of this Court shall send the case file herein to the District Court, Second Judicial District, County of Ramsey, State of Minnesota.

Date: ~~December~~ January 4th, ~~2001~~ 2002

James M. Rosenbaum
District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JAN 7 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS